**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED TECHNOLOGIES CORPORATION <br><br> and <br><br> ROCKWELL COLLINS, INC., <br><br> Defendants. |

**UNITED STATES' EXPLANATION OF CONSENT DECREE PROCEDURES**

The United States submits this short memorandum summarizing the procedures regarding the Court's entry of the proposed Final Judgment. This Judgment would settle this case pursuant to the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) (the "APPA"), which applies to civil antitrust cases brought and settled by the United States.

1. Today, the United States has filed a Complaint and, attached to this Explanation of Consent Decree Procedures, a proposed Final Judgment and a Hold Separate Stipulation and Order between the parties by which they have agreed that the Court may enter the proposed Final Judgment after the United States has complied with the APPA. The United States will also file a Competitive Impact Statement relating to the proposed Final Judgment.

2. The Hold Separate Stipulation and Order is a document that has been agreed to by both the United States and the Defendants. The United States and the Defendants ask that the Court sign this Order, which ensures that the Defendants preserve competition by complying with the provisions of the proposed Final Judgment and by maintaining any assets to be divested during the pendency of the proceedings required by the Tunney Act. *See* 15 U.S.C. § 16(b)-(h).

3. The APPA requires that the United States publish the proposed Final Judgment and the Competitive Impact Statement in the *Federal Register* and cause to be published a summary of the terms of the proposed Final Judgment and the Competitive Impact Statement in certain newspapers at least sixty (60) days prior to entry of the proposed Final Judgment. Defendants in this matter have agreed to arrange and bear the costs for the newspaper notices. The notice will inform members of the public that they may submit comments about the proposed Final Judgment to the United States Department of Justice, Antitrust Division, 15 U.S.C. § 16(b)-(c).

4. During the sixty-day period, the United States will consider, and at the close of that period respond to, any comments that it has received, and it will publish the comments and the United States' responses in the *Federal Register*.

5. After the expiration of the sixty-day period, the United States will file with the Court the comments and the United States' responses, and it may ask the Court to enter the proposed Final Judgment (unless the United States has decided to withdraw its consent to entry of the Final Judgment, as permitted by Paragraph IV(A) of the Hold Separate Stipulation and Order, *see* 15 U.S.C. § 16(d)).

6. If the United States requests that the Court enter the proposed Final Judgment after compliance with the APPA, 15 U.S.C. § 16(e)-(f), then the Court may enter the Final Judgment without a hearing, provided that it concludes that the Final Judgment is in the public interest.

Dated: October, 1 2018

Respectfully submitted,

_____*/s/ Soyoung Choe*_____
SOYOUNG CHOE*
Defense, Industrials, and Aerospace Section
U.S. Department of Justice
Antitrust Division
450 Fifth Street N.W., Suite 8700
Washington, D.C. 20530
Tel: (202) 598-2436
Fax: (202) 514-9033
Email: soyoung.choe@usdoj.gov
* Attorney of Record

## CERTIFICATE OF SERVICE

I, Soyoung Choe, hereby certify that on October 1, 2018, I caused a copy of the foregoing Complaint, Explanation of Consent Decree Procedures, proposed Final Judgment, a Hold Separate Stipulation and Order to be served on United Technologies Corporation and Rockwell Collins, Inc. by mailing the document electronically to the duly authorized legal representatives, as follows:

Counsel for Defendant United Technologies Corporation
Shawn R. Johnson
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2624
Fax: (202) 628-5116
Email: srjohnson@crowell.com

Michael H. Byowitz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Tel: (212) 403-1268
Fax: (212) 403-2268
Email: MHByowitz@WLRK.com

Counsel for Defendant Rockwell Collins, Inc.
Clifford H. Aronson
Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates
4 Times Square
New York, NY 10036
Tel: (212) 735-2644
Fax: (917) 777-2644
Email: Clifford.Aronson@skadden.com

                                                  _/s/ Soyoung Choe_
                                             SOYOUNG CHOE*
                                             U.S. Department of Justice
                                             Antitrust Division
                                             Defense, Industrials, and Aerospace Section
                                             450 Fifth Street N.W., Suite 8700
                                             Washington, D.C. 20530
                                             Tel: (202) 598-2436
                                             Fax: (202) 514-9033
                                             Email: soyoung.choe@usdoj.gov